February 9, 2015



Judge William T. Lawrence

I respectfully request to have my home address and telephone number removed from public record:

Plainsite.org

Linda Stafford vs National Railroad Passenger Corporation

Indiana Southern District Court Case No. 1:11 cv-00113

I feel my safety could have been or could be in jeopardy by this act. I understand that the case is or was public information. But my address and telephone number is not. My name should have been enough information to publish.

No other people involved in the case had their addresses and telephone numbers published.

Thank you in advance for any assistance you can give me.

*Linda Stafford*
Linda Stafford



Indiana Southern District Court, Case No. 1:11-cv-00113
District Judge William T. Lawrence, presiding
docket://gov.uscourts.insd.1-11-cv-00113 (What is this?)

No tags have been applied so far. Sign in to add some.

## Judges don't know as much about themselves as we do.

Access comprehensive profiles on judges, firms, lawyers, and more with PlainSite Pro and Pro Se



**LINDA STAFFORD**, Plaintiff

- **Represented by 7807 Carlton Arms Road**

| Name | Phone | Fax | E-Mail |
|---|---|---|---|
| LINDA STAFFORD | +1 317 833 7914 | | |