February 9, 2015

Judge William T. Lawrence

I respectfully request to have my home address and telephone number removed from public record:

Plainsite.org

Linda Stafford vs National Railroad Passenger Corporation

Indiana Southern District Court Case No. 1:11 cv-00113

> The Clerk is directed to remove Ms. Stafford's address and phone number from the participant area of the docket.
>
> s/William T. Lawrence, Judge
> 2/23/15

I feel my safety could have been or could be in jeopardy by this act. I understand that the case is or was public information. But my address and telephone number is not. My name should have been enough information to publish.

No other people involved in the case had their addresses and telephone numbers published.

Thank you in advance for any assistance you can give me.

*Linda Stafford*
Linda Stafford