FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 DEC 27 PM 4: 59

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

December 20, 2016

1:11-CV-113-WTL-MJD

Judge William T. Lawrence
The Office of the Clerk of the U.S. District Court
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204


Judge William T. Lawrence:

Please see the enclosed copies of my letter to your office dated February 9, 2015.

As of the date of this letter, my information has not been removed from Plainsite.org.

I contacted Plainsite,org today (December 20, 2016) via the website referencing your directive.

Thank you for any assistance you can give me.

Linda Stafford
13753 Ashwood Lane
Fishers, IN 46038

Former address:
7807 Carlton Arms Road
Indianapolis, IN  46256