UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
_____ DIVISION

**FILED**

JAN 12 2017

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

LINDA STAFFORD ,

_____ ,

_____ ,

Plaintiff(s),        Cause No. 1:11-CV-00113

vs.

NATIONAL RAILROAD PASSENGER CORPORATION

1:11-CV-00113 ,

_____ ,

Defendant(s).

---

MOTION FOR SEAL AND/OR REMOVE PERSONAL INFORMATION FROM PLAINSITE.org and REMOVE and Seal FROM PUBLIC RECORDS.

I, LINDA STAFFORD , plaintiff/defendant **(circle one)** in the above-captioned matter, request:

☐   an extension of time to file a _____

_____.

I request _____ extra days.

☐ other (describe): I WOULD LiKE MY PERSONAL INFORMATION: ADDRESS, telephone number and CORRESPONDENCE to Judge Lawrence Removed and those Records Seal, fRom WEBSITES and PLainSiTE.oRG. INCLUDING PACER.

Date: 1-12-17                Signed: Linda Stafford

                                              Movant

                              Address and Telephone Number:

                              Linda Stafford
                              _____
                              _____

### CERTIFICATE OF SERVICE

I certify that a copy of this Motion for _____
has been mailed, postage prepaid, upon (insert address in space provided):





Date: _____    Signed: _____

                                              Movant

NOTE: You must complete this section, as well as mail copies of this document to each party.