UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA STAFFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.  1:11-cv-113-WTL-MJD |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### ENTRY ON PLAINTIFF'S MOTION TO SEAL AND REMOVE PERSONAL INFORMATION

On January 12, 2017, Plaintiff Linda Stafford requested that this court seal and remove her address, telephone number, and correspondence to the Court from this Court's docket (PACER) and websites, including www.plainsite.org.[1]  To protect the Plaintiff's personal information, the Court directs the Clerk to seal the following documents:

- Docket Number 64
- Docket Number 65
- Docket Number 66
- Docket Number 74
- Docket Number 74-1
- Docket Number 76
- Docket Number 76-1
- Docket Number 76-2
- Docket Number 78

---

[1] Today, the Court reviewed www.plainsite.org and did not find the Plaintiff's address or telephone number on the website.

  The Court further directs the Clerk to send notification of this Entry to the Plaintiff at her last-known address.

  SO ORDERED: 3/31/17

*William T Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF

Distribution by U.S. Mail to:
Linda Stafford
P.O. Box 501491
Indianapolis, IN 46256